**In the ESTATE OF: Margaret FREEBAIRN, Incapacitated/Disabled**

**No. ED 104459**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE**.

Filed: May 16, 2017

FOR APPELLANT: Elizabeth E. St. John, Acting Pro Se, 605 State Highway 77, Charleston, MO 63834, Mollie K. Freebairn, Acting Pro Se, 303 Norris Dr., Jefferson City, Mo 65109.

FOR RESPONDENT: William A. Catlett, Dill Bamvakais Building, 9939 Gravois Rd., St. Louis, MO 63123, GUARDIAN, Gerard A. Nester, 1015 Locust St., Ste. 415, St. Louis, MO 63101.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Mollie Freebairn and Elizabeth St. John (collectively "Appellants"), each acting pro se, appeal the judgment appointing Public Administrator Gerard A. Nester[1] as successor guardian of Appellants' mother Margaret Freebairn. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the Probate Division of the Circuit Court of the City of St. Louis is affirmed under Rule 84.16(b).

---

1. All rule references are to Mo. R. Crim. P. 2015, unless otherwise indicated.

1. All references to Nester are to him serving in his capacity as Public Administrator.